# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| T JASON NOYE, | : | |
| individually and on behalf | : | |
| of all others similarly situated, | : | No. 1:15-cv-2253 |
|    Plaintiffs | : | |
| | : | (Judge Kane) |
| v. | : | |
| | : | |
| YALE ASSOCIATES, INC., | : | |
|    Defendant | : | |

## **ORDER**

**AND NOW**, on this 27th day of October 2016, **IT IS HEREBY ORDERED THAT** Defendant Yale Associates Inc.'s motion to strike Plaintiff's class allegations, strike punitive damage requests, and dismiss Count I of the complaint (Doc. No. 24), is **DENIED**.

                                                           s/ Yvette Kane
                                                           Yvette Kane, District Judge
                                                           United States District Court
                                                          Middle District of Pennsylvania