## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **T JASON NOYE,** | : | |
| **individually and on behalf** | : | |
| **of all others similarly situated,** | : | No. 1:15-cv-2253 |
| **Plaintiffs** | : | |
| | : | **(Judge Kane)** |
| **v.** | : | |
| | : | |
| **YALE ASSOCIATES, INC.,** | : | |
| **Defendant** | : | |

## <u>ORDER</u>

**AND NOW**, on this 29th day of June 2017, **IT IS ORDERED THAT** Plaintiff T Jason

Noye's motion to compel discovery (Doc. No. 60), is **GRANTED**.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
